# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GLEN ANDREWS, as grantor over the Estate of Glen Andrews, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:19-cv-00338-MOC |
| vs. | ) ) | |
| WELLS FARGO HOME MORTGAGE, et al., | ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2020 Order.

January 3, 2020

_____

Frank G. Johns, Clerk
United States District Court