# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### DOCKET NO: 1:19-CV-00338-MOC

| | |
|---|---|
| **GLEN ANDREWS, as grantor over the Estate of Glen Andrews,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**WELLS FARGO HOME MORTGAGE, et al.,** )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on Plaintiff's two *pro se* documents, filed on January 13, 2020, titled as a "Motion Requesting the Filing of the 'Oath and Affirmation' of Judge Max O. Cogburn," and a "Motion for New Trial 'Court Lacks Jurisdiction in Judge's Order Document 4 Judgement in Case Document 5.'" (Doc. Nos. 6, 7). Plaintiff initially filed this action on December 9, 2019, titling his filing as an "Application to Confirm Arbitration Award." On January 3, 2020, this Court dismissed the action *sua sponte* as frivolous.

First, the Court will deny and dismiss the "Motion Requesting the Filing of the 'Oath and Affirmation' of Judge Max O. Cogburn" as not cognizable and nonsensical.

As to the "Motion for New Trial 'Court Lacks Jurisdiction in Judge's Order Document 4 Judgement in Case Document 5,'" the Court will construe this motion as a motion to reconsider the Court's *sua sponte* dismissal of Plaintiff's action. The Court will deny the motion to reconsider, as the Court correctly dismissed this action.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion Requesting the Filing of the 'Oath and Affirmation' of Judge Max O. Cogburn," and a "Motion for New Trial 'Court Lacks

Jurisdiction in Judge's Order Document 4 Judgement in Case Document 5,'" (Doc. Nos. 6, 7), are **DENIED**.

Signed: January 30, 2020

Max O. Cogburn Jr
United States District Judge